RECEIVED
CHARLOTTE, N.C.
DEC 0 8 2009
Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
CHARLOTTE, NC
DEC 0 9 2009
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>107 RIVER STREET<br>HIGH SHOALS, NC 28077 | DOCKET NO. 3:09mj213-DSC<br><br>ORDER |

UPON MOTION of the United States of America, by and through Edward R. Ryan, United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrant in the above-captioned case be unsealed; and

THEREFORE, IT IS ORDERED that the Search Warrant in the above-captioned case be unsealed.

This the 9 day of December, 2009.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE